IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. WESTBROOK, JR., | ) | 8:04CV334 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON |
| | ) | MOTION TO EXTEND TIME FOR |
| CITY OF OMAHA, a municipal corporation, | ) | SUMMARY JUDGMENT RESPONSES |
| ALAN PEPIN, TIM CAVANAUGH, | ) | |
| JAMES ROBERTS, and CECIL HICKS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff's motion to extend the time for summary judgment responses (Filing No. 36). Both parties have filed summary judgment motions. Counsel for the Defendants does not object to Plaintiff's request to extend the time for responses.

IT IS ORDERED:

The motion to extend (Filing No. 36) is granted. Briefs and evidence in opposition to the respective summary judgment motions shall be submitted by July 27, 2005. Reply briefs shall be submitted by August 3, 2005.

Dated this 20th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

L0654816.1