IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. WESTBROOK, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CV334 |
| vs. | ) | |
| | ) | ORDER |
| CITY OF OMAHA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*.

**IT IS ORDERED:**

The pretrial conference in this matter is re-scheduled for **February 17, 2006, at 11:00 a.m.**

DATED this 2nd day of February, 2006.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge