## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID J. WESTBROOK, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV334 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CITY OF OMAHA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion (Filing No. 56) to continue the pretrial conference and the trial date. Specifically, the parties seek to reschedule the pretrial conference and the trial pending the court's ruling on the defendants' motion for summary judgment (Filing No. 28) and the plaintiff's amended motion for summary judgment (Filing No. 31). Upon consideration,

**IT IS ORDERED:**

1. The parties' joint motion to continue the pretrial conference and the trial date (Filing No. 56) is granted.

2. The pretrial conference scheduled for February 17, 2006 is cancelled.

3. The trial of this matter scheduled for February 21, 2006 is cancelled.

4. The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motions for summary judgment (Filing Nos. 28 and 31), in which to reschedule the pretrial conference and trial with the court, if necessary. Counsel for the plaintiff shall contact the court within such time period to schedule a telephone conference.

DATED this 10th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge